1  E. JEFFREY GRUBE (SB# 167324)
   ELIZABETH A. FALCONE (SB# 219084)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   elizabethfalcone@paulhastings.com
6
   HUNTER R. HUGHES (*pro hac vice application forthcoming*)
7  ASHLEY R. HURST (*pro hac vice application forthcoming*)
   ROGERS & HARDIN LLP
8  229 Peachtree St., NE
   International Tower, Suite 2700
9  Atlanta, GA 30303
   Telephone:  (404) 522-4700
10 Facsimile:  (404) 525-2224
   AHurst@rh-law.com
11 HHughes@rh-law.com
12 Attorneys for Defendants
   SPRINT/UNITED MANAGEMENT COMPANY and SPRINT
13 NEXTEL CORPORATION

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of | CASE NO. _____ |
|---|---|---|
| 18 | other similarly situated, | (Superior Court of California, County of San Mateo, Case No. CIV 463110) |
| 19 | Plaintiffs, | |
| 20 | vs. | **DECLARATION OF SCOTT W. ANDREASEN IN SUPPORT OF NOTICE** |
| 21 | SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL | **OF REMOVAL TO FEDERAL COURT** |
| 22 | CORPORATION, | |
| 23 | Defendants. | |

24

25

26

27

28

DECLARATION OF SCOTT W. ANDREASEN

## DECLARATION OF SCOTT W. ANDREASEN

I, Scott W. Andreasen, declare and state as follows:

1.      I am an Assistant Secretary of Sprint Nextel Corporation in Overland Park, Kansas.   I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify as follows:

2.      Sprint Nextel Corporation is a Kansas corporation with its principal place of business at 2001 Edmund Halley Drive, Reston, VA 20191.

3.      Sprint/United Management Company is a Kansas corporation with its principal place of business at 6200 Sprint Parkway, Overland Park, KS 66251; it is a wholly-owned subsidiary of Sprint Nextel Corporation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, executed this _14th_ day of June, 2007 in Overland Park, Kansas.

_____
SCOTT W. ANDREASEN

LEGAL_US_W # 56465020

-2-

DECLARATION OF SCOTT W. ANDREASEN