E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice application forthcoming*)
ASHLEY R. HURST (*pro hac vice application forthcoming*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and SPRINT
NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. _____<br><br>(Superior Court of California, County of San Mateo, Case No. CIV 463110)<br><br>**DECLARATION OF SCOTT W. ANDREASEN IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT** |

DECLARATION OF SCOTT W. ANDREASEN

## DECLARATION OF SCOTT W. ANDREASEN

I, Scott W. Andreasen, declare and state as follows:

1. I am an Assistant Secretary of Sprint Nextel Corporation in Overland Park, Kansas. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify as follows:

2. Sprint Nextel Corporation is a Kansas corporation with its principal place of business at 2001 Edmund Halley Drive, Reston, VA 20191.

3. Sprint/United Management Company is a Kansas corporation with its principal place of business at 6200 Sprint Parkway, Overland Park, KS 66251; it is a wholly-owned subsidiary of Sprint Nextel Corporation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, executed this 14th day of June, 2007 in Overland Park, Kansas.

_____
SCOTT W. ANDREASEN

LEGAL_US_W # 56465020

-2-

DECLARATION OF SCOTT W. ANDREASEN