1   E. JEFFREY GRUBE (SB# 167324)
    ELIZABETH A. FALCONE (SB# 219084)
2   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
3   Twenty-Fourth Floor
    San Francisco, CA 94105-3441
4   Telephone: (415) 856-7000
    Facsimile: (415) 856-7100
5   jeffgrube@paulhastings.com
    elizabethfalcone@paulhastings.com
6
    HUNTER R. HUGHES (*pro hac vice application forthcoming*)
7   ASHLEY R. HURST (*pro hac vice application forthcoming*)
    ROGERS & HARDIN LLP
8   229 Peachtree St., NE
    International Tower, Suite 2700
9   Atlanta, GA 30303
    Telephone: (404) 522-4700
10  Facsimile: (404) 525-2224
    AHurst@rh-law.com
11  HHughes@rh-law.com

12  Attorneys for Defendants
    SPRINT/UNITED MANAGEMENT COMPANY and SPRINT
13  NEXTEL CORPORATION

14              UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16

17  JENA LIPNICK AND JENNIFER FONG,          CASE NO. _____
    individually, and on behalf of a class of
18  other similarly situated,                 (Superior Court of California, County of San
                                              Mateo, Case No. CIV 463110)
19                    Plaintiffs,

20          vs.                               **DECLARATION OF SCOTT W.
                                              ANDREASEN IN SUPPORT OF NOTICE
21  SPRINT/UNITED MANAGEMENT                  OF REMOVAL TO FEDERAL COURT**
    COMPANY and SPRINT NEXTEL
22  CORPORATION,

23                    Defendants.

24

25

26

27

28

_____
                DECLARATION OF SCOTT W. ANDREASEN

## DECLARATION OF SCOTT W. ANDREASEN

I, Scott W. Andreasen, declare and state as follows:

1.      I am an Assistant Secretary of Sprint Nextel Corporation in Overland Park, Kansas.   I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify as follows:

2.      Sprint Nextel Corporation is a Kansas corporation with its principal place of business at 2001 Edmund Halley Drive, Reston, VA 20191.

3.      Sprint/United Management Company is a Kansas corporation with its principal place of business at 6200 Sprint Parkway, Overland Park, KS 66251; it is a wholly-owned subsidiary of Sprint Nextel Corporation.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, executed this 14th day of June, 2007 in Overland Park, Kansas.

_____
SCOTT W. ANDREASEN

LEGAL_US_W # 56465020

-2-

DECLARATION OF SCOTT W. ANDREASEN