E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice application forthcoming*)
ASHLEY R. HURST (*pro hac vice application forthcoming*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. _____<br><br>(Superior Court of California, County of San Mateo, Case No. CIV 463110)<br><br>**PROOF OF SERVICE OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT** |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is: 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On June 18, 2007, I served the foregoing document(s) described as:

- NOTICE OF REMOVAL TO FEDERAL COURT; DECLARATION OF E. JEFFREY GRUBE IN SUPPORT THEREOF;

- DECLARATION OF SCOTT W. ANDREASEN IN SUPPORT OF NOTICE OF REMOVAL TO FEDERAL COURT

- DECLARATION OF DIANNE DREVER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

- DECLARATION OF TERESA SALINAS IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

- PROOF OF SERVICE OF DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT

on the interested parties by placing a true and correct copy thereof in sealed envelopes addressed:

| | |
|---|---|
| David Borgen, Esq. (SB #099354)<br>Laura L. Ho, Esq. (SB #173179)<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 | Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |
| George A. Hanson, Esq. (*courtesy copy*)<br>Norman A. Siegel, Esq.<br>Matthew L. Dameron, Esq.<br>STEUVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 | Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |

☒ **VIA UPS NEXT DAY AIR: (*Steuve Siegel Hanson LLP*)**

By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

☒ **VIA PERSONAL DELIVERY: (*Goldstein, Demchak Baller, et al.*)**

I caused to be delivered via *Worldwide Network Attorney Service* such sealed envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and was executed on June 18, 2007, at San Francisco, California.

_____
PATRICIA A. LAWSON