1  E. JEFFREY GRUBE (SB# 167324)
   ELIZABETH A. FALCONE (SB# 219084)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   elizabethfalcone@paulhastings.com
6

7  HUNTER R. HUGHES (*pro hac vice application forthcoming*)
   ASHLEY R. HURST (*pro hac vice application forthcoming*)
8  ROGERS & HARDIN LLP
   229 Peachtree St., NE
9  International Tower, Suite 2700
   Atlanta, GA 30303
10 Telephone: (404) 522-4700
   Facsimile:  (404) 525-2224
11 AHurst@rh-law.com
   HHughes@rh-law.com
12

13 Attorneys for Defendants
   SPRINT/UNITED MANAGEMENT COMPANY and
   SPRINT NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. C 07 3200 EMC<br><br>**CERTIFICATE OF SERVICE RE: U.S. DISTRICT COURT ECF INFORMATION DOCUMENTS** |

LEGAL_US_W # 56492491.1                                     Case No. C 07-3200 EMC

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California, United States of America. I am over the age of 18, and not a party to the within action. My business address is: 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On June 19, 2007, I served the foregoing documents described as:

- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

- **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

on the interested parties by placing a true and correct copy thereof in sealed envelopes addressed:

| | |
|---|---|
| David Borgen, Esq. (SB #099354)<br>Laura L. Ho, Esq. (SB #173179)<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 | Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |
| George A. Hanson, Esq. (*courtesy copy*)<br>Norman A. Siegel, Esq.<br>Matthew L. Dameron, Esq.<br>STEUVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 | Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |

[X] **VIA UPS NEXT DAY AIR:**
By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the persons on whom it is to be served.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 19, 2007, at San Francisco, California.

*/s/ Patricia A. Lawson*
_____
PATRICIA A. LAWSON

LEGAL_US_W # 56492491.1                                                          Case No. C 07-3200 EMC