E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice application forthcoming*)
ASHLEY R. HURST (*pro hac vice application forthcoming*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION, <br><br> Defendants. | CASE NO. C 07 3200 EMC <br><br> [Superior Court of California, County of San Mateo, Case No. CIV 463110] <br><br> **CERTIFICATE OF SERVICE ON PLAINTIFFS AND STATE COURT OF DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT** |

LEGAL_US_W # 56489560.1

Case No. C 07-3200 EMC

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California, United States of America. I am over the age of 18, and not a party to the within action. My business address is: 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On June 19, 2007, I served the foregoing documents described as:

- **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

- **NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

on the interested parties by placing a true and correct copy thereof in sealed envelopes addressed:

| | |
|---|---|
| David Borgen, Esq. (SB #099354)<br>Laura L. Ho, Esq. (SB #173179)<br>GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 | Telephone:  (510) 763-9800<br>Facsimile:   (510) 835-1417<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |
| George A. Hanson, Esq. (*courtesy copy*)<br>Norman A. Siegel, Esq.<br>Matthew L. Dameron, Esq.<br>STEUVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 | Telephone:  (816) 714-7100<br>Facsimile:   (816) 714-7101<br><br>Attorneys for Plaintiffs<br>*Jena Lipnick* and *Jennifer Fong* |

☒ **VIA UPS NEXT DAY AIR:**

By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the persons on whom it is to be served.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 19, 2007, at San Francisco, California.

_____
PATRICIA A. LAWSON

LEGAL_US_W # 56489560.1                                    Case No. C 07-3200 EMC

PROOF OF SERVICE