E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, California 94105
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice application forthcoming*)
ASHLEY R. HURST (*pro hac vice application forthcoming*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
Atlanta, GA 30303
Telephone:    (404) 522-4700
Facsimile:    (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>        Defendants. | CASE NO. C 07 3200 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge and hereby requests the reassignment of this case to a United States District Judge.

Date: June 19, 2007

E. JEFFREY GRUBE
ELIZABETH A. FALCONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
     E. JEFFREY GRUBE

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

LEGAL_US_W # 56487486.1