**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

**June 21, 2007**

CASE NUMBER:  CV 07-03200 EMC
CASE TITLE:  JENA LIPNICK-v-SPRINT/UNITED MANAGEMENT

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 06/21/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                             Entered in Computer 06/21/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA