UNITED STATES DISTRICT COURT

Northern District of California

**E-Filing**

Jena Lipnick, Jennifer Fong, et al.

                      Plaintiff(s),

v.

Sprint/United Management Company, et al.

                      Defendant(s).
_____/

CASE NO. C-07-3200-~~EMC~~ MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**ORIGINAL**

Ashley R. Hurst , an active member in good standing of the bar of Georgia whose business address and telephone number (particular court to which applicant is admitted) is Rogers & Hardin LLP, 229 Peachtree Street, N.E., 2700 International Tower, Peachtree Center, Atlanta, Georgia 30303, (404) 420-4617 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 2 5 2007

~~United States District Judge~~
~~Edward M. Chen~~

**Maxine M. Chesney**
**United States District Judge**