E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice*)
ASHLEY R. HURST (*pro hac vice*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>　　　　Defendants. | CASE NO. C-07-3200 MMC<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

TO THE HONORABLE JUDGE MAXINE M. CHESNEY OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFFS JENA LIPNICK AND JENNIFER FONG, AND TO THEIR ATTORNEYS OF RECORD, DAVID BORGEN, ESQ., LAURA L. HO, ESQ., GEORGE A. HANSON, ESQ., NORMAN E. SIEGEL, ESQ., AND MATTHEW L. DAMERON, ESQ.:

PLEASE TAKE NOTICE THAT: Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 26, 2007

E. JEFFREY GRUBE
ELIZABETH A. FALCONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /S/
E. JEFFREY GRUBE

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

LEGAL_US_W # 56473707.1

-2-

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS