**E-Filing**

RECEIVED
07 JUN 25 PH 4:44
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2              UNITED STATES  DISTRICT COURT

3                  Northern District of California

4

5   JENA LIPNICK AND JENNIFER FONG,
    indivdually, and on behalf of a class of
6   others similarly situated,                         CASE NO.  C 07-03200 ~~EMC~~  MMC

7                                                       ~~(Proposed)~~
                        Plaintiff(s),                  **ORDER GRANTING APPLICATION**
8      v.                                              **FOR ADMISSION OF ATTORNEY**
                                                       *PRO HAC VICE*
9   SPRINT / UNITED MANAGEMENT
    COMPANY and SPRINT NEXTEL
10  CORPORATION,

11
                        Defendant(s).
12   _____/

13      George A. Hanson                    , an active member in good standing of the bar of

14   the State of Kansas and the State of Missouri,     whose business address and telephone number

15   (particular court to which applicant is admitted)

16  is   Stueve Siegel Hanson LLP
         460 Nichols Road, Suite 200
17       Kansas City, MO 64112
         TEL:  816-714-7100
18                                                                                                    ,

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing plaintiffs.                                    .

21      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designed in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated:  **JUN 2 8 2007**

28
                                                       United States District     Judge
                                                       Maxine M. Chesney

*UNITED STATES DISTRICT COURT*
*For the Northern District of California*