E-Filing

RECEIVED
07 JUN 25 PM 4:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, indivdually, and on behalf of a class of others similarly situated,<br><br>Plaintiff(s),<br>v.<br>SPRINT / UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>Defendant(s). | CASE NO. C 07-03200 ~~EMC~~ MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Norman E. Siegel , an active member in good standing of the bar of the State of Missouri whose business address and telephone number (particular court to which applicant is admitted) is

Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
TEL: 816-714-7100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 28 2007

_____
United States District Judge
Maxine M. Chesney