RECEIVED
07 JUN 27 PM 12: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

E-Filing

Jena Lipnick, Jennifer Fong, et al.

Plaintiff(s),

v.

Sprint/United Management Company, et al.

Defendant(s).

CASE NO. C-07-3200-MMC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

J. Timothy Mc Donald , an active member in good standing of the bar of Georgia whose business address and telephone number (particular court to which applicant is admitted) is

Rogers & Hardin LLP, 229 Peachtree Street, N.E., 2700 International Tower, Peachtree Center, Atlanta, Georgia 30303, (404) 420-4621

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUL 0 2 2007

*[signature]*
United States District Judge
Maxine M. Chesney