IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK, et al., | No. C-07-3200 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| SPRINT/UNITED MANAGEMENT COMPANY, et al., | |
| Defendants | |

On July 16, 2007, plaintiffs electronically filed a "Notice of Filing of Consents to Become Party Plaintiff Form on Behalf of Plaintiffs," and, on July 20, 2007, a separate "Notice of Filing of Consents to Become Party Plaintiff Form on Behalf of Plaintiffs," Plaintiffs have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced

1  documents.  Plaintiff is hereby advised that if they fail in the future to comply with the
2  Court's Standing Order to provide chambers copies of electronically-filed documents, the
3  Court may impose sanctions, including, but not limited to, striking from the record any
4  electronically-filed document of which a chambers copy has not been timely provided to the
5  Court.

**IT IS SO ORDERED.**

Dated:  July 25, 2007

MAXINE M. CHESNEY
United States District Judge

2