David Borgen  CA Bar No. 099354
LAURA L. HO  CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:   510-763-9800
Fax:   510-835-1417

George A. Hanson (*admitted pro hac vice*)
Norman E. Siegel (*admitted pro hac vice*)
Matthew L. Dameron (*pro hac forthcoming*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | Case No. **C 07-03200 MMC**<br><br>**NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS** |

The following plaintiffs are hereby joined to the instant action by their signed Consent to Become a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

1. Sidney Duplessis;
2. Latasha Edwards;
3. Ifraj Salahuddin;
4. Annette Sanders; and
5. Anthony Wasi.

**Dated:** **August 30, 2007**

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

_____/s/ George A. Hanson_____
George A. Hanson        KS Bar # 16805
(*Admitted pro hac vice*)
Email: hanson@stuevesiegel.com
Norman E. Siegel        MO Bar # 44378
(*Admitted pro hac vice*)
Matthew L. Dameron      KS Bar # 21071
(*pro hac forthcoming*)
Email: dameron@stuevesiegel.com
330 West 47th Street, Suite 250
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

**GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN**

David Borgen  CA Bar No. 099354
Email: dborgen@gdblegal.com
Laura l. Ho  CA Bar No. 173179
Email: lho@gdblegal.com
300 Lakeside Drive , Suite 1000
Oakland, California 94612
Tel:   510-763-9800
Fax:   510-835-1417

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

E. Jeffrey Grube
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
PH:    415-856-7000
Fax:   415-856-7100
Email: jeffgrube@paulhastings.com

ATTORNEYS FOR DEFENDANTS

and further that I have sent true and correct copies of the foregoing this day by first class United States mail, postage prepaid, to the following individuals who will not be receiving email notification of the filing from the Clerk of the Court:

Elizabeth A. Falcone
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
PH:    415-856-7000
Fax:   415-856-7100

Hunter R. Hughes, III
Ashley R. Hurst
ROGERS & HARDIN LLP
229 Peachtree Street, NE
International Tower, Suite 2700
Atlanta, GA 30303
PH:    404-522-4700
Fax:   404-525-2224

ATTORNEYS FOR DEFENDANTS

             /s/ George A. Hanson
             An Attorney for Plaintiffs