# EXHIBIT A

David Borgen  CA Bar No. 099354
LAURA L. HO  CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:    510-763-9800
Fax:    510-835-1417

George A. Hanson (*admitted pro hac vice*)
Norman E. Siegel (*admitted hac vice*)
Matthew L. Dameron (*pro hac pending*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>  Defendants. | Case No. C 07-03200 MMC<br><br>CLASS / COLLECTIVE ACTION<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF OF SIDNEY DUPLESSIS**<br><br>**Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)** |

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 7/12/07

Printed Name: Sidney Duplessis

David Borgen  CA Bar No. 099354
LAURA L. HO  CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:   510-763-9800
Fax:   510-835-1417

George A. Hanson (*admitted pro hac vice*)
Norman E. Siegel (*admitted hac vice*)
Matthew L. Dameron (*pro hac pending*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   816-714-7100
Fax:   816-714-7101

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>      Defendants. | Case No. C 07-03200 MMC<br><br>CLASS / COLLECTIVE ACTION<br><br>CONSENT TO BECOME A PARTY PLAINTIFF OF LATASHA EDWARDS<br><br>Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) |

    I WANT TO JOIN THIS LAWSUIT seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 8/7/07

Printed Name: Latasha Edwards

```
1   David Borgen  CA Bar No. 099354
    LAURA L. HO  CA Bar No. 173179
2   GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
3   Oakland, California 94612
    Tel:   510-763-9800
4   Fax:   510-835-1417

5   George A. Hanson (admitted pro hac vice)
    Norman E. Siegel (admitted hac vice)
6   Matthew L. Dameron (pro hac pending)
    STUEVE SIEGEL HANSON LLP
7   460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
8   Tel:   816-714-7100
    Fax:   816-714-7101
9
```

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION, <br><br> Defendants. | Case No. C 07-03200 MMC <br><br> CLASS / COLLECTIVE ACTION <br><br> CONSENT TO BECOME A PARTY PLAINTIFF OF IFRAJ SALAHUDDIN <br><br> Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) |

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 7/11/07

*[signature]*

Printed Name: **Ifraj Salahuddin**

| | |
|---|---|
| 1 | David Borgen  CA Bar No. 099354 |
|   | LAURA L. HO  CA Bar No. 173179 |
| 2 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
|   | 300 Lakeside Drive, Suite 1000 |
| 3 | Oakland, California 94612 |
|   | Tel:  510-763-9800 |
| 4 | Fax:  510-835-1417 |

George A. Hanson (*admitted pro hac vice*)
Norman E. Siegel (*admitted pro hac vice*)
Matthew L. Dameron (*pro hac forthcoming*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  816-714-7100
Fax:  816-714-7101

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated, | Case No. 07-cv-3200-MMC |
| Plaintiffs, | **CONSENT TO BECOME A PARTY PLAINTIFF OF ANNETTE SANDERS** |
| v. | |
| SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION, | Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) |
| Defendants. | |

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 8/6/07                                   [signature]

Printed Name: **Annette Sanders**

---

CONSENT TO BECOME A PARTY PLAINTIFF, Case No. 07-cv-3200-MMC

```
 1 │ David Borgen  CA Bar No. 099354
   │ LAURA L. HO  CA Bar No. 173179
 2 │ GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   │ 300 Lakeside Drive, Suite 1000
 3 │ Oakland, California 94612
   │ Tel:   510-763-9800
 4 │ Fax:   510-835-1417
   │
 5 │ George A. Hanson (admitted pro hac vice)
   │ Norman E. Siegel (admitted hac vice)
 6 │ Matthew L. Dameron (pro hac pending)
   │ STUEVE SIEGEL HANSON LLP
 7 │ 460 Nichols Road, Suite 200
   │ Kansas City, Missouri 64112
 8 │ Tel:   816-714-7100
   │ Fax:   816-714-7101
 9 │
   │         IN THE UNITED STATES DISTRICT COURT
10 │         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 │ JENA LIPNICK AND JENNIFER FONG,
   │ individually, and on behalf of a class of others
12 │ similarly situated,                              │ Case No. C 07-03200 MMC
13 │                         Plaintiffs,              │ CLASS / COLLECTIVE ACTION
   │     v.
14 │                                                  │
   │ SPRINT / UNITED MANAGEMENT                       │ CONSENT TO BECOME A PARTY
15 │ COMPANY, and SPRINT NEXTEL                       │ PLAINTIFF OF ANTHONY WASI
   │ CORPORATION,
16 │                                                  │ Fair Labor Standards Act of 1938,
   │                         Defendants.              │ 29 U.S.C. § 216(b)
17 │
```

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 7/31/07                              *Anthony Wasi* (signature)
                                           Printed Name: Anthony Wasi