```
 1  DAVID BORGEN, CA Bar No. 099354
    dborgen@gdblegal.com
 2  LAURA L. HO, CA Bar No. 173179
    lho@gdblegal.com
 3  JINNY KIM, CA Bar No. 208953
    jkim@gdblegal.com
 4  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
    300 Lakeside Drive, Suite 1000
 5  Oakland, CA 94612
    (510) 763-9800
 6  (510) 835-1417 (fax)

 7  GEORGE A. HANSON, (admitted pro hac vice)
    hanson@stuevesiegel.com
 8  NORMAN E. SIEGEL (admitted pro hac vice)
    siegel@stuevesiegel.com
 9  MATTHEW L. DAMERON, (pro hac vice forthcoming)
    dameron@stuevesiegel.com
10  STUEVE SIEGEL HANSON LLP
    460 Nichols Road, Suite 200
11  Kansas City, MO 64112
    (816) 714-7100
12  (816) 714-7101 (fax)

13  Attorneys for Plaintiffs and the Class
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, And SPRINT NEXTEL CORPORATION,<br><br>Defendant. | Case No.: C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE** |

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE - CASE NO.: C07-03200 MMC

1  Plaintiffs Jena Lipnick and Jennifer Fong ("Plaintiffs") and Defendants Sprint/United Management Company and Sprint Nextel Corporation ("Defendants") (collectively, "the parties") through their undersigned attorneys, hereby stipulate and jointly apply and represent to the Court as follows:

WHEREAS, the case was transferred to The Honorable Maxine M. Chesney on June 21, 2007;

WHEREAS, on June 26, 2007, The Honorable Judge Chesney issued a Case Management Conference Order which set a Case Management Conference for September 28, 2007 at 10:30 a.m.; and

WHEREAS, Plaintiff's counsel, David Borgen, is scheduled to be in Washington, D.C. on September 28, 2007.

THE PARTIES HEREBY STIPULATE that the Case Management Conference date be continued for two weeks to allow Plaintiffs' counsel, David Borgen, to participate in the Case Management Conference.

IT IS SO STIPULATED.

Dated: August 28, 2007

Respectfully submitted

_____/s/_____
David Borgen (SBN 99354) dborgen@gdblegal.com
Laura Ho (SBN 173179) lho@gdblegal.com
Jinny Kim (SBN 208953) jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800; Facsimile: (510) 835-1417

George A. Hanson (admitted pro hac vice)
hanson@stuevesiegel.com
Norman E. Siegel (admitted pro hac vice)
siegel@stuevesiegel.com
Matthew L. Dameron (pro hac vice forthcoming)
dameron@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

ATTORNEYS FOR PLAINTIFFS

1  Dated: August 28, 2007

_____
E. Jeffrey Grube (SBN 167324)
jeffgrube@paulhastings.com
Elizabeth A. Falcone (SBN 219084)
elizabethfalcone@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Phone: (415) 856-7000
Facsimile: (415) 856-7100

Hunter R. Hughes III (admitted pro hac vice)
HHughes@rh-law.com
Ashley R. Hurst (admitted pro hac vice)
AHurst@rh-law.com
ROGERS & HARDIN
299 Peachtree Street NE
2700 Cain Tower Peachtree Center
Atlanta, GA 30303
Phone: (404) 420-4621
Facsimile: (404) 525-2224

ATTORNEYS FOR DEFENDANTS

## ORDER

The Court, having reviewed the Stipulation herein, finds that good cause exists and hereby orders as follows:

1. The Case Management Conference shall be held on October 12, 2007 at 10:30 a.m.

2. The parties shall file a joint case management statement no later than October 5, 2007.

IT IS SO ORDERED.

DATED: _____, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE