1  DAVID BORGEN, CA Bar No. 099354
   dborgen@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JINNY KIM, CA Bar No. 208953
   jkim@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
   (510) 763-9800
6  (510) 835-1417 (fax)

7  GEORGE A. HANSON, (admitted pro hac vice)
   hanson@stuevesiegel.com
8  NORMAN E. SIEGEL (admitted pro hac vice)
   siegel@stuevesiegel.com
9  MATTHEW L. DAMERON, (pro hac vice forthcoming)
   dameron@stuevesiegel.com
10 STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
11 Kansas City, MO  64112
   (816) 714-7100
12 (816) 714-7101 (fax)

13 Attorneys for Plaintiffs and the Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, And SPRINT NEXTEL CORPORATION,<br><br>Defendant. | Case No.:  C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br><br>**JOINT STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE; ORDER THEREON** |

1  Plaintiffs Jena Lipnick and Jennifer Fong ("Plaintiffs") and Defendants Sprint/United
2  Management Company and Sprint Nextel Corporation ("Defendants") (collectively, "the parties")
3  through their undersigned attorneys, hereby stipulate and jointly apply and represent to the Court
4  as follows:
5  WHEREAS, the case was transferred to The Honorable Maxine M. Chesney on June 21, 2007;
6  WHEREAS, on June 26, 2007, The Honorable Judge Chesney issued a Case Management
7  Conference Order which set a Case Management Conference for September 28, 2007 at 10:30 a.m.; and
8  WHEREAS, Plaintiff's counsel, David Borgen, is scheduled to be in Washington, D.C. on
9  September 28, 2007.
10  THE PARTIES HEREBY STIPULATE that the Case Management Conference date be
11  continued for two weeks to allow Plaintiffs' counsel, David Borgen, to participate in the Case
12  Management Conference.
13  IT IS SO STIPULATED.

Dated:  August 28, 2007                    Respectfully submitted

                                           _____/s/_____
                                           David Borgen (SBN 99354) dborgen@gdblegal.com
                                           Laura Ho (SBN 173179) lho@gdblegal.com
                                           Jinny Kim (SBN 208953) jkim@gdblegal.com
                                           GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                           DARDARIAN
                                           300 Lakeside Drive, Suite 1000
                                           Oakland, CA  94612
                                           Telephone:  (510) 763-9800; Facsimile:  (510) 835-1417

                                           George A. Hanson (admitted pro hac vice)
                                           hanson@stuevesiegel.com
                                           Norman E. Siegel (admitted pro hac vice)
                                           siegel@stuevesiegel.com
                                           Matthew L. Dameron (pro hac vice forthcoming)
                                           dameron@stuevesiegel.com
                                           STUEVE SIEGEL HANSON LLP
                                           460 Nichols Road, Suite 200
                                           Kansas City, MO  64112
                                           Telephone:  (816) 714-7100
                                           Facsimile:  (816) 714-7101

                                           ATTORNEYS FOR PLAINTIFFS

Dated: August 28, 2007                               /s/
E. Jeffrey Grube (SBN 167324)
jeffgrube@paulhastings.com
Elizabeth A. Falcone (SBN 219084)
elizabethfalcone@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Phone:  (415) 856-7000
Facsimile:  (415) 856-7100

Hunter R. Hughes III (admitted pro hac vice)
HHughes@rh-law.com
Ashley R. Hurst (admitted pro hac vice)
AHurst@rh-law.com
ROGERS & HARDIN
299 Peachtree Street NE
2700 Cain Tower Peachtree Center
Atlanta, GA  30303
Phone:  (404) 420-4621
Facsimile:  (404) 525-2224

ATTORNEYS FOR DEFENDANTS

### ORDER

The Court, having reviewed the Stipulation herein, finds that good cause exists and hereby orders as follows:

1. The Case Management Conference shall be held on October 12, 2007 at 10:30 a.m.

2. The parties shall file a joint case management statement no later than October 5, 2007.

IT IS SO ORDERED.

DATED: September 4, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE