1 | David Borgen  CA Bar No. 099354
   | Laura L. Ho  CA Bar No. 173179
2 | Goldstein, Demchak, Baller, Borgen & Dardarian
   | 300 Lakeside Drive , Suite 1000
3 | Oakland, California 94612
   | Tel:    510-763-9800
4 | Fax:    510-835-1417

5 | George A. Hanson (admitted pro hac vice)
   | Norman E. Siegel (admitted pro hac vice)
6 | Matthew L. Dameron (pro hac forthcoming)
   | Stueve Siegel Hanson LLP
7 | 460 Nichols Road, Suite 200
   | Kansas City, Missouri 64112
8 | Tel:    816-714-7100
   | Fax:    816-714-7101

9

**IN THE UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated, | Case No. **C 07-03200 MMC** |
| Plaintiffs, | |
| v. | **NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS** |
| SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION, | |
| Defendants. | |

12
13
14
15
16
17
18

19    The following plaintiffs are hereby joined to the instant action by their signed Consent to

20  Become a Party Plaintiff forms, true and correct copies of which are attached hereto as Exhibit A:

21        1.    Dana Hadley;

22        2.    Dallas Layne.

23
24
25
26
27
28

1  **Dated:**      September 5, 2007

2                                       Respectfully submitted,

3                                       STUEVE SIEGEL HANSON LLP

4                                       _____/s/ George A. Hanson_____

5                                       George A. Hanson          KS Bar # 16805
                                        (*Admitted pro hac vice*)

6                                       Email: hanson@stuevesiegel.com
                                        Norman E. Siegel          MO Bar # 44378

7                                       (*Admitted pro hac vice*)
                                        Matthew L. Dameron        KS Bar # 21071

8                                       (*pro hac forthcoming*)
                                        Email: dameron@stuevesiegel.com

9                                       330 West 47th Street, Suite 250
                                        Kansas City, Missouri 64112

10                                      Tel:    816-714-7100
                                        Fax:    816-714-7101

11                                      **GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                        DARDARIAN**

12

13                                      David Borgen  CA Bar No. 099354
                                        Email: dborgen@gdblegal.com

14                                      Laura l. Ho  CA Bar No. 173179
                                        Email: lho@gdblegal.com

15                                      300 Lakeside Drive , Suite 1000
                                        Oakland, California 94612

16                                      Tel:    510-763-9800
                                        Fax:    510-835-1417

17                                      **ATTORNEYS FOR PLAINTIFFS**

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3       I hereby certify that on September 5, 2007, I electronically filed the foregoing with the Clerk

of Court using CM/ECF system which will send email notification of such filing(s) to the following:

4

5       E. Jeffrey Grube
        PAUL, HASTINGS, JANOFSKY & WALKER LLP
6       55 Second Street, 24th Floor
        San Francisco, CA 94105-3441
7       PH:    415-856-7000
        Fax:   415-856-7100
        Email: jeffgrube@paulhastings.com
8

        ATTORNEYS FOR DEFENDANTS
9

and further that I have sent true and correct copies of the foregoing this day by first class United
10      States mail, postage prepaid, to the following individuals who will not be receiving email
        notification of the filing from the Clerk of the Court:
11

12      Elizabeth A. Falcone
        PAUL, HASTINGS, JANOFSKY & WALKER LLP
13      55 Second Street, 24th Floor
        San Francisco, CA 94105-3441
        PH:    415-856-7000
14      Fax:   415-856-7100

15      Hunter R. Hughes, III
        Ashley R. Hurst
16      ROGERS & HARDIN LLP
        229 Peachtree Street, NE
17      International Tower, Suite 2700
        Atlanta, GA 30303
18      PH:    404-522-4700
        Fax:   404-525-2224
19

        ATTORNEYS FOR DEFENDANTS
20

21                                  /s/ George A. Hanson
                                    An Attorney for Plaintiffs
22

23

24

25

26

27

28

NOTICE OF FILING OF CONSENT TO JOIN FORMS                    3                          SSH 0596 74653
CASE NO. C 07-03200 MMC