1  David Borgen  CA Bar No. 099354
   LAURA L. HO  CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
3  Oakland, California 94612
   Tel:    510-763-9800
4  Fax:   510-835-1417

5  George A. Hanson (*admitted pro hac vice*)
   Norman E. Siegel (*admitted pro hac vice*)
6  Matthew L. Dameron (*pro hac forthcoming*)
   STUEVE SIEGEL HANSON LLP
7  460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
8  Tel:    816-714-7100
   Fax:   816-714-7101

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>                           Plaintiffs,<br>     v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>                           Defendants. | Case No. **C 07-03200 MMC**<br><br>**NOTICE OF FILING OF CONSENTS TO BECOME PARTY PLAINTIFF FORMS ON BEHALF OF PLAINTIFFS** |

The following plaintiffs are hereby joined to the instant action by their signed Consent to Become a Party Plaintiff form, true and correct copies of which are attached hereto as Exhibit A:

1.  Angela Sisco.

**Dated:       September 14, 2007**

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

          /s/ George A. Hanson
George A. Hanson           KS Bar # 16805
(*Admitted pro hac vice*)
Email: hanson@stuevesiegel.com
Norman E. Siegel           MO Bar # 44378
(*Admitted pro hac vice*)
Matthew L. Dameron         KS Bar # 21071
(*pro hac forthcoming*)
Email: dameron@stuevesiegel.com
330 West 47th Street, Suite 250
Kansas City, Missouri 64112
Tel:    816-714-7100
Fax:    816-714-7101

**GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN**

David Borgen  CA Bar No. 099354
Email: dborgen@gdblegal.com
Laura l. Ho  CA Bar No. 173179
Email: lho@gdblegal.com
300 Lakeside Drive , Suite 1000
Oakland, California 94612
Tel:    510-763-9800
Fax:    510-835-1417

**ATTORNEYS FOR PLAINTIFFS**

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

    E. Jeffrey Grube
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
    San Francisco, CA 94105-3441
    PH:    415-856-7000
    Fax:    415-856-7100
    Email: jeffgrube@paulhastings.com

    ATTORNEYS FOR DEFENDANTS

and further that I have sent true and correct copies of the foregoing this day by first class United States mail, postage prepaid, to the following individuals who will not be receiving email notification of the filing from the Clerk of the Court:

    Elizabeth A. Falcone
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
    San Francisco, CA 94105-3441
    PH:    415-856-7000
    Fax:    415-856-7100

    Hunter R. Hughes, III
    Ashley R. Hurst
    ROGERS & HARDIN LLP
    229 Peachtree Street, NE
    International Tower, Suite 2700
    Atlanta, GA 30303
    PH:    404-522-4700
    Fax:    404-525-2224

    ATTORNEYS FOR DEFENDANTS

                                    /s/ George A. Hanson
                                    An Attorney for Plaintiffs