# EXHIBIT A

David Borgen  CA Bar No. 099354
LAURA L. HO  CA Bar No. 173179
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Tel:  510-763-9800
Fax:  510-835-1417

George A. Hanson (*admitted pro hac vice*)
Norman E. Siegel (*admitted hac vice*)
Matthew L. Dameron (*pro hac pending*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:  816-714-7100
Fax:  816-714-7101

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | Case No. C 07-03200 MMC<br><br>CLASS / COLLECTIVE ACTION<br><br>**CONSENT TO BECOME A PARTY PLAINTIFF OF ANGELA SISCO**<br><br>Fair Labor Standards Act of 1938,<br>29 U.S.C. § 216(b) |

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 8-29-07

Printed Name: Angela Sisco

SPRINT / CA                                    2