E. JEFFREY GRUBE (SB# 167324)
ELIZABETH A. FALCONE (SB# 219084)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffgrube@paulhastings.com
elizabethfalcone@paulhastings.com

HUNTER R. HUGHES (*pro hac vice*)
ASHLEY R. HURST (*pro hac vice*)
ROGERS & HARDIN LLP
229 Peachtree St., NE
International Tower, Suite 2700
Atlanta, GA 30303
Telephone: (404) 522-4700
Facsimile: (404) 525-2224
AHurst@rh-law.com
HHughes@rh-law.com

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

*Plaintiffs' Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | CASE NO. C-07-3200 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STAY AND TOLLING** |

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING

DAVID BORGEN (SB# 99354)
LAURA HO (SB# 173179)
JINNY KIM (SB# 208953)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417
dborgen@gdblegal.com
lho@gdblegal.com
jkim@gdblegal.com

GEORGE A. HANSON (*pro hac vice*)
NORMAN E. SIEGEL (*pro hac vice*)
MATTHEW L. DAMERON (*pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hanson@stuevesiegel.com
siegel@stuevesiegel.com
dameron@stuevesiegel.com

Attorneys for Plaintiffs
JENA LIPNICK AND JENNIFER FONG

-2-

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING

1        WHEREAS on September 5, 2007, counsel for the parties met in person and by telephone conference to discuss, among other things, the possibility of negotiating a settlement of this case.

       WHEREAS the parties agree that it would be beneficial to stay the proceedings, toll the applicable limitations period, and schedule a mediation session to continue their settlement discussions.

       WHEREAS this Stipulation and [Proposed] Order is made in the interest of justice as it allows the parties time to explore the possibility of a global resolution without prejudicing the rights of the putative class members or parties.

       WHEREAS neither party will be prejudiced if the Court grants a stay of this action until the mediation process is completed.

       The parties, by and through their counsel of record, hereby STIPULATE and jointly request that the Court order as follows:

1.     Prior to mediation, the parties will, in good faith, exchange the data and personnel information necessary to evaluate a global settlement. The parties anticipate that they can exchange the necessary information and schedule mediation by December 20, 2007.

2.     All deadlines, discovery, and hearings shall be stayed until December 20, 2007 in order to facilitate orderly and efficient settlement discussions.

3.     The case will be stayed for all purposes, including communications initiated or caused to be initiated by Plaintiffs' counsel (or anyone acting on their behalf or with their consent) with current or former Sprint Nextel employees who are not currently opt-in

plaintiffs, provided, however, that Plaintiffs will have the right to file Consent to Join forms for any person who so desires to join the case during the stay period.

4. The statute of limitations for persons who are eligible to join, but who have not yet opted-in to the case, will be tolled until December 20, 2007.

3. The current due date for initial disclosures is vacated. The parties shall meet and confer by January 15, 2008 to select a date for initial disclosures should the case not resolve at mediation.

4. The initial Case Management Conference – currently set for October 12, 2007 at 10:30 a.m. – is continued to February 8, 2008.

DATED: October 4, 2007

E. JEFFREY GRUBE
ELIZABETH A. FALCONE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
E. JEFFREY GRUBE

Attorneys for Defendants
SPRINT/UNITED MANAGEMENT COMPANY and
SPRINT NEXTEL CORPORATION

DATED: October 4, 2007

DAVID BORGEN
LAURA HO
JINNY KIM
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN & DARDARIAN

By: _____
DAVID BORGEN

Attorneys for Plaintiffs
JENA LIPNICK AND JENNIFER FONG

-4-

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING

1  **SO ORDERED.**

2

3

4  _____    DATE:_____
   Hon. Maxine M. Chesney
   U.S. District Court Judge

5

6  LEGAL_US_W # 57053523.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING