1  E. JEFFREY GRUBE (SB# 167324)
   ELIZABETH A. FALCONE (SB# 219084)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:   (415) 856-7100
5  jeffgrube@paulhastings.com
   elizabethfalcone@paulhastings.com
6

7  HUNTER R. HUGHES (*pro hac vice*)
   ASHLEY R. HURST (*pro hac vice*)
8  ROGERS & HARDIN LLP
   229 Peachtree St., NE
9  International Tower, Suite 2700
   Atlanta, GA 30303
10 Telephone:  (404) 522-4700
   Facsimile:   (404) 525-2224
11 AHurst@rh-law.com
   HHughes@rh-law.com
12

13 Attorneys for Defendants
   SPRINT/UNITED MANAGEMENT COMPANY and
14 SPRINT NEXTEL CORPORATION

15 *Plaintiffs' Counsel Listed on Next Page*

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of other similarly situated,<br><br>               Plaintiffs,<br><br>      vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY and SPRINT NEXTEL CORPORATION,<br><br>               Defendants. | CASE NO. C-07-3200 MMC<br><br>**STIPULATION AND ORDER RE: STAY AND TOLLING** |

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING

-2-

1  DAVID BORGEN (SB# 99354)
2  LAURA HO (SB# 173179)
   JINNY KIM (SB# 208953)
3  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
4  Oakland, CA 94612
   Telephone: (510) 763-9800
5  Facsimile: (510) 835-1417
   dborgen@gdblegal.com
6  lho@gdblegal.com
   jkim@gdblegal.com
7
   GEORGE A. HANSON (*pro hac vice*)
8  NORMAN E. SIEGEL (*pro hac vice*)
   MATTHEW L. DAMERON (*pro hac vice*)
9  STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
10 Kansas City, MO 64112
   Telephone: (816) 714-7100
11 Facsimile: (816) 714-7101
   hanson@stuevesiegel.com
12 siegel@stuevesiegel.com
   dameron@stuevesiegel.com
13
   Attorneys for Plaintiffs
14 JENA LIPNICK AND JENNIFER FONG

WHEREAS on September 5, 2007, counsel for the parties met in person and by telephone conference to discuss, among other things, the possibility of negotiating a settlement of this case.

WHEREAS the parties agree that it would be beneficial to stay the proceedings, toll the applicable limitations period, and schedule a mediation session to continue their settlement discussions.

WHEREAS this Stipulation and [Proposed] Order is made in the interest of justice as it allows the parties time to explore the possibility of a global resolution without prejudicing the rights of the putative class members or parties.

WHEREAS neither party will be prejudiced if the Court grants a stay of this action until the mediation process is completed.

The parties, by and through their counsel of record, hereby STIPULATE and jointly request that the Court order as follows:

1. Prior to mediation, the parties will, in good faith, exchange the data and personnel information necessary to evaluate a global settlement. The parties anticipate that they can exchange the necessary information and schedule mediation by December 20, 2007.

2. All deadlines, discovery, and hearings shall be stayed until December 20, 2007 in order to facilitate orderly and efficient settlement discussions.

3. The case will be stayed for all purposes, including communications initiated or caused to be initiated by Plaintiffs' counsel (or anyone acting on their behalf or with their consent) with current or former Sprint Nextel employees who are not currently opt-in

plaintiffs, provided, however, that Plaintiffs will have the right to file Consent to Join forms for any person who so desires to join the case during the stay period.

4. The statute of limitations for persons who are eligible to join, but who have not yet opted-in to the case, will be tolled until December 20, 2007.

3. The current due date for initial disclosures is vacated. The parties shall meet and confer by January 15, 2008 to select a date for initial disclosures should the case not resolve at mediation.

4. The initial Case Management Conference – currently set for October 12, 2007 at 10:30 a.m. – is continued to February 8, 2008.

DATED: October 4, 2007    E. JEFFREY GRUBE
                          ELIZABETH A. FALCONE
                          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                          By:_____/S/_____
                                    E. JEFFREY GRUBE

                          Attorneys for Defendants
                          SPRINT/UNITED MANAGEMENT COMPANY and
                          SPRINT NEXTEL CORPORATION

DATED: October 4, 2007    DAVID BORGEN
                          LAURA HO
                          JINNY KIM
                          GOLDSTEIN, DEMCHAK, BALLER,
                          BORGEN & DARDARIAN


                          By:_____/S/_____
                                    DAVID BORGEN

                          Attorneys for Plaintiffs
                          JENA LIPNICK AND JENNIFER FONG

-4-

STIPULATION AND [PROPOSED] ORDER RE STAY AND TOLLING

1  **SO ORDERED.**

3  _____   DATE: October 9, 2007
4  Hon. Maxine M. Chesney
   U.S. District Court Judge