# EXHIBIT A

| | |
|---|---|
| 1 | David Borgen CA Bar No. 099354 |
| | LAURA L. HO CA Bar No. 173179 |
| 2 | GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN |
| | 300 Lakeside Drive, Suite 1000 |
| 3 | Oakland, California 94612 |
| | Tel: 510-763-9800 |
| 4 | Fax: 510-835-1417 |
| 5 | George A. Hanson (*admitted pro hac vice*) |
| | Norman E. Siegel (*admitted hac vice*) |
| 6 | Matthew L. Dameron (*pro hac pending*) |
| | STUEVE SIEGEL HANSON LLP |
| 7 | 460 Nichols Road, Suite 200 |
| | Kansas City, Missouri 64112 |
| 8 | Tel: 816-714-7100 |
| | Fax: 816-714-7101 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT / UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | Case No. C 07-03200 MMC<br><br>CLASS / COLLECTIVE ACTION<br><br>CONSENT TO BECOME A PARTY PLAINTIFF OF JA'NET WALLACE<br><br>Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b) |

**I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I designate the Named Plaintiffs to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom they may associate.

Date: 8/13/07

*/s/ Wallace*

Printed Name: Ja'Net Wallace