# EXHIBIT A

1  David Borgen  CA Bar No. 099354
   LAURA L. HO  CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
3  Oakland, California 94612
   Tel:   510-763-9800
4  Fax:   510-835-1417

5  George A. Hanson (*admitted pro hac vice*)
   Norman E. Siegel (*admitted hac vice*)
6  Matthew L. Dameron (*pro hac pending*)
   STUEVE SIEGEL HANSON LLP
7  460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
8  Tel:   816-714-7100
   Fax:   816-714-7101

9
               IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 | JENA LIPNICK AND JENNIFER FONG,
   | individually, and on behalf of a class of others
12 | similarly situated,                          | Case No. C 07-03200 MMC
13 |                     Plaintiffs,              | CLASS / COLLECTIVE ACTION
   |        v.
14 |                                              |
   | SPRINT / UNITED MANAGEMENT                   | CONSENT TO BECOME A PARTY
15 | COMPANY, and SPRINT NEXTEL                   | PLAINTIFF OF REBECCA
   | CORPORATION,                                 | LAMBREGTSE
16 |
   |                     Defendants.              | Fair Labor Standards Act of 1938,
17 |                                              | 29 U.S.C. § 216(b)

18      I WANT TO JOIN THIS LAWSUIT seeking unpaid wages and overtime against
19 Sprint/United Management Company and Sprint Nextel Corporation. By joining this lawsuit, I
20 designate the Named Plaintiffs to make all decisions on my behalf concerning the method and
21 manner of conducting the case including settlement, the entering of an agreement with Plaintiffs'
22 counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to
23 this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson
24 LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other attorneys with whom
25 they may associate.

26
27 Date: 12/11/07                    [signature]
                                     Printed Name: Rebecca Lambregtse
28