1  DAVID BORGEN, CA Bar No. 099354
   dborgen@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JINNY KIM, CA Bar No. 208953
   jkim@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
5  Oakland, CA 94612
   (510) 763-9800
6  (510) 835-1417 (fax)

7  GEORGE A. HANSON (admitted pro hac vice)
   hanson@stuevesiegel.com
8  NORMAN E. SIEGEL (admitted pro hac vice)
   siegel@stuevesiegel.com
9  MATTHEW L. DAMERON (pro hac forthcoming)
   dameron@stuevesiegel.com
10 STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
11 Kansas City, MO 64112
   (816) 714-7100
12 (816) 714-7101 (fax)

13 Attorneys for Plaintiffs and the Class

14

15                    IN THE UNITED STATES DISTRICT COURT

16                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 JENA LIPNICK AND JENNIFER FONG,           Case No.: C07-03200 MMC
   individually, and on behalf of a class of others
18 similarly situated,                       CLASS/COLLECTIVE ACTION

19              Plaintiffs,                  **CERTIFICATION OF INTERESTED
                                             ENTITIES OR PERSONS**
20 vs.
                                             [Local Rule 3-16]
21 SPRINT/UNITED MANAGEMENT COMPANY,
   And SPRINT NEXTEL CORPORATION,
22
                Defendant.
23

24      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

25 CALIFORNIA AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

26 ///

27 ///

28 ///

14753-1                                    1
       CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - CASE NO.: C07-03200 MMC

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the
2  named parties and the putative class, there is no such interest to report.
3  Dated: January 10, 2008         Respectfully submitted

/s/ Laura Ho
David Borgen (SBN 99354) dborgen@gdblegal.com
Laura Ho (SBN 173179) lho@gdblegal.com
Jinny Kim (SBN 208953) jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

George A. Hanson (admitted pro hac vice)
hanson@stuevesiegel.com
Norman E. Siegel (admitted pro hac vice)
siegel@stuevesiegel.com
Matthew L. Dameron (pro hac vice forthcoming)
dameron@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

ATTORNEYS FOR PLAINTIFFS