# EXHIBIT A

1  David Borgen  CA Bar No. 099354
   LAURA L. HO  CA Bar No. 173179
2  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
3  Oakland, California 94612
   Tel: 510-763-9800
4  Fax: 510-835-1417

5  George A. Hanson (*admitted pro hac vice*)
   Norman E. Siegel (*admitted pro hac vice*)
6  Matthew L. Dameron (*pro hac forthcoming*)
   STUEVE SIEGEL HANSON LLP
7  460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
8  Tel: 816-714-7100
   Fax: 816-714-7101
9
                    IN THE UNITED STATES DISTRICT COURT
10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   JENA LIPNICK AND JENNIFER FONG,
12 individually, and on behalf of a class of others        Case No. 07-cv-3200-MMC
   similarly situated,
13
                          Plaintiffs,                      **CONSENT TO BECOME A PARTY**
14        v.                                               **PLAINTIFF OF BRANDI FALCON**

15 SPRINT / UNITED MANAGEMENT                              Fair Labor Standards Act of 1938,
   COMPANY, and SPRINT NEXTEL                              29 U.S.C. § 216(b)
16 CORPORATION,

17                        Defendants.

18

19        **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against

20 Sprint/United Management Company and Sprint Nextel Corporation.  By joining this lawsuit, I

21 designate the Named Plaintiffs to make all decisions on my behalf concerning the method and

22 manner of conducting the case including settlement, the entering of an agreement with

23 Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters

24 pertaining to this lawsuit.  For purposes of this lawsuit, I choose to be represented by Stueve

25 Siegel Hanson LLP and Goldstein, Demchak, Baller, Borgen & Dardarian and any other

26 attorneys with whom they may associate.

27 Date: 1/7/08                              _____
                                              Printed Name:  **Brandi Falcon**
28

CONSENT TO BECOME A PARTY PLAINTIFF, Case No. 07-cv-3200-MMC