DAVID BORGEN, CA Bar No. 099354
dborgen@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JINNY KIM, CA Bar No. 208953
jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
(510) 763-9800
(510) 835-1417 (fax)

GEORGE A. HANSON, (admitted pro hac vice)
hanson@stuevesiegel.com
NORMAN E. SIEGEL (admitted pro hac vice )
siegel@stuevesiegel.com
MATTHEW L. DAMERON, (pro hac vice forthcoming)
dameron@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO  64112
(816) 714-7100
(816) 714-7101 (fax)

Attorneys for Plaintiffs and the Class

*Defendants' Counsel Listed on Next Page.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, and SPRINT NEXTEL CORPORATION,<br><br>Defendants. | Case No.:  C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  STAY AND TOLLING** |

15275-2

STIPULATION AND [PROPOSED] ORDER RE:  STAY AND TOLLING - CASE NO.:  C07-03200 MMC

1  E. JEFFREY GRUBE, CA Bar No. 167324
   jeffgrube@paulhastings.com
2  ELIZABETH A. FALCONE, CA Bar No. 219084
   elizabethfalcone@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
4  55 Second Street
   Twenty-Fourth Floor
5  San Francisco, CA  94105-3441
   (415) 856-7000
6  (415) 856-7100 (fax)

7  HUNTER R. HUGHES (admitted pro hac vice)
   HHughes@rh-law.com
8  ASHLEY R. HURST (admitted pro hac vice)
   AHurst@rh-law.com
9  ROGERS & HARDIN LLP
10 2700 International Tower
   Peachtree Center
11 229 Peachtree Street, N.E.
   Atlanta, GA  30303
12 (404) 522-4700
   (404) 525-2224 (fax)
13
   Attorneys for Defendants
14 SPRINT/UNITED MANAGEMENT COMPANY and
   SPRINT NEXTEL CORPORATION
15
16
17
18
19
20
21
22
23
24
25
26
27
28

15275-2

STIPULATION AND [PROPOSED] ORDER RE: STAY AND TOLLING - CASE NO.: C07-03200 MMC

1    WHEREAS on October 5, 2007, the parties filed with the Court a Stipulation and Proposed Order to stay this matter and toll the statute of limitations through December 20, 2007 while the parties mediated this dispute. [Doc. No. 43]

    WHEREAS on October 9, 2007, the Court signed an order staying this case and tolling the limitations period. [Doc. No. 44]

    WHEREAS the mediation of this matter and two related cases was conducted on December 19, 2007 in Kansas City, MO.

    WHEREAS although the cases did not resolve at the mediation on December 19, 2007, the parties are currently in continuing active settlement discussions. An extension of an identical stay and tolling agreement was granted in <u>Bruner v. Sprint/United Management Company</u>, Case No. 07-2164-KHV-DJW (D. Kan.) by Judge David J. Waxse on January 2, 2008. The stay and tolling agreement in that matter was extended though February 5, 2008.

    The parties, by and through their counsel of record, hereby STIPULATE and jointly request that the Court order as follows:

    1.    All deadlines, discovery, and hearings shall be stayed until February 29, 2008 so the parties may continue their settlement discussions in this case and the related matters.

    2.    The statute of limitations for persons who are eligible to join, but who have not yet opted-in to the case, will be tolled until February 29, 2008.

    3.    The parties shall meet and confer by March 5, 2008 to select a date for initial disclosures if the case has not resolved before that time.

    4.    The initial Case Management Conference, currently set for February 8, 2008 at 10:30 a.m., is continued to March 21, 2008, at 10:30 a.m.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: January 23, 2008 | Respectfully submitted, |
| 2 | | /S/ David Borgen |
| | | David Borgen (CA Bar No. 99354) |
| 3 | | dborgen@gdblegal.com |
| | | Laura Ho (CA Bar No. 173179) |
| 4 | | lho@gdblegal.com |
| | | Jinny Kim (CA Bar No. 208953) |
| 5 | | jkim@gdblegal.com |
| | | GOLDSTEIN, DEMCHAK, BALLER, |
| 6 | | BORGEN & DARDARIAN |
| | | 300 Lakeside Drive, Suite 1000 |
| 7 | | Oakland, CA 94612 |
| | | (510) 763-9800; Facsimile: (510) 835-1417 |
| 8 | | |
| | | George A. Hanson (admitted pro hac vice) |
| 9 | | hanson@stuevesiegel.com |
| | | Norman E. Siegel (admitted pro hac vice) |
| 10 | | siegel@stuevesiegel.com |
| | | Matthew L. Dameron (pro hac vice forthcoming) |
| 11 | | dameron@stuevesiegel.com |
| | | STUEVE SIEGEL HANSON LLP |
| 12 | | 460 Nichols Road, Suite 200 |
| | | Kansas City, MO 64112 |
| 13 | | Telephone: (816) 714-7100; Facsimile: (816) 714-7101 |
| 14 | | Attorneys for Plaintiffs and the Class |
| 15 | DATED: January 23, 2008 | |
| 16 | | E. JEFFREY GRUBE (CA Bar No. 167324) |
| | | jeffgrube@paulhastings.com |
| 17 | | ELIZABETH A. FALCONE (CA Bar No. 219084) |
| | | elizabethfalcone@paulhastings.com |
| 18 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | | 55 Second Street |
| 19 | | Twenty-Fourth Floor |
| | | San Francisco, CA 94105-3441 |
| 20 | | (415) 856-7000; Facsimile: (415) 856-7100 |
| 21 | | HUNTER R. HUGHES (admitted pro hac vice) |
| | | HHughes@rh-law.com |
| 22 | | ASHLEY R. HURST (admitted pro hac vice) |
| | | AHurst@rh-law.com |
| 23 | | ROGERS & HARDIN LLP |
| | | 2700 International Tower |
| 24 | | Peachtree Center |
| | | 229 Peachtree Street, N.E. |
| 25 | | Atlanta, GA 30303 |
| | | Telephone: (404) 522-4700; Facsimile: (404) 525-2224 |
| 26 | | |
| | | Attorneys for Defendants |
| 27 | | SPRINT/UNITED MANAGEMENT COMPANY and |
| | | SPRINT NEXTEL CORPORATION |
| 28 | | |

**SO ORDERED.**

_____   DATE: _____
Hon. Maxine M. Chesney
U.S. District Court Judge