DAVID BORGEN, CA Bar No. 099354
dborgen@gdblegal.com
LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
JINNY KIM, CA Bar No. 208953
jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

GEORGE A. HANSON, (admitted pro hac vice)
hanson@stuevesiegel.com
NORMAN E. SIEGEL (admitted pro hac vice)
siegel@stuevesiegel.com
MATTHEW L. DAMERON, (pro hac forthcoming)
dameron@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
(816) 714-7100
(816) 714-7101 (fax)

Attorneys for Plaintiffs and the Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, And SPRINT NEXTEL CORPORATION,<br><br>Defendant. | Case No.: C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date: March 21, 2008<br>Time: 10:30 a.m.<br>Crtrm: 7, 19th Floor<br>Hon. Maxine M. Chesney |

17453-1

Pursuant to Local Rule 16-9 and Federal Rules of Civil Procedure 26(f), Plaintiff Jena Lipnick and Jennifer Fong, individually, and on behalf of a class of others similarly situated submit the following Case Management Statement:

### I. SETTLEMENT AND ADR

On September 27, 2007, the Court ordered the parties to engage in private dispute resolution [Doc. # 41] and the parties engaged in mediation in December 2007. During the mediation, the parties attempted to reach a global settlement that encompassed two other related cases against the same Defendants: *Bruner, et al. v. Sprint/United Management Co., et al.*, Case No. 07-2164 (D. Kan.), and *Almonte, et al. v. Sprint/United Management Co., et al.*, Case No. 1:07-CV-06065 (S.D.N.Y.). *Bruner* was filed in April 2007, and *Almonte* was filed in June 2007.

Although they were not successful at the initial mediation session, the parties subsequently agreed on the material terms of a settlement agreement that will resolve all three pending cases. The parties' settlement agreement anticipates that this case and *Almonte* will be transferred to the District of Kansas and consolidated with *Bruner* for the purpose of finalizing the settlement. The parties selected Kansas because *Bruner* is the first-filed case, and because Defendants are headquartered within that district. The parties expect to file their motion for transfer with this Court within the next week.

### II. JURISDICTION AND SERVICE

Plaintiffs filed their case on May 18, 2007, in the Superior Court of the State of California for San Mateo County. In their Complaint, Plaintiffs alleged that Defendants' wage and hour policies for its customer specialist employees violated the Fair Labor Standards Act ("FLSA") and California state law. On June 14, 2007, Defendants filed their Answer. A few days later, Defendants removed the case to this Court [Doc. # 1] and filed their Answer in this Court [Doc. # 2].

### III. MOTIONS

The parties intend to file a Motion to Transfer within the next week.

### IV. DISCLOSURES

Initial disclosures including production of documents, persons and information pursuant to Rule 26 were not completed.

## V. DISCOVERY

The parties have not engaged in discovery.

## VI. RELATED CASES

There are two related cases: *Bruner, et al. v. Sprint/United Management Co., et al.*, Case No. 07-2164 (D. Kan.), and *Almonte, et al. v. Sprint/United Management Co., et al.*, Case No. 1:07-CV-06065 (S.D.N.Y.). *Bruner* was filed in April 2007, and *Almonte* was filed in June 2007.

## VII. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

Each party has filed a Disclosure of Non-Party Interested Entities or Persons pursuant to Civil Local Rule 3-16.

Dated: March 14, 2008

Respectfully submitted

/s/ David Borgen
David Borgen (SBN 99354) dborgen@gdblegal.com
Laura Ho (SBN 173179) lho@gdblegal.com
Jinny Kim (SBN 208953) jkim@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 763-9800; Facsimile:  (510) 835-1417

George A. Hanson (admitted pro hac vice)
hanson@stuevesiegel.com
Norman E. Siegel (admitted pro hac vice)
siegel@stuevesiegel.com
Matthew L. Dameron (pro hac vice forthcoming)
dameron@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO  64112
Telephone:  (816) 714-7100
Facsimile:  (816) 714-7101

ATTORNEYS FOR PLAINTIFFS