1  DAVID BORGEN, CA Bar No. 099354
   dborgen@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JINNY KIM, CA Bar No. 208953
   jkim@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
5  Oakland, CA  94612
   (510) 763-9800
6  (510) 835-1417 (fax)

7  GEORGE A. HANSON, (admitted pro hac vice)
   hanson@stuevesiegel.com
8  NORMAN E. SIEGEL (admitted pro hac vice)
   siegel@stuevesiegel.com
9  MATTHEW L. DAMERON, (pro hac forthcoming)
   dameron@stuevesiegel.com
10 STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
11 Kansas City, MO  64112
   (816) 714-7100
12 (816) 714-7101 (fax)

13 Attorneys for Plaintiffs and the Class

14 *Defendants' Counsel Listed on Next Page.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, And SPRINT NEXTEL CORPORATION,<br><br>Defendant. | Case No.: C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br><br>**[PROPOSED] ORDER RE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)** |

17486-2

[PROPOSED] ORDER RE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)- CASE NO.: C07-03200 MMC

| | |
|---|---|
| 1 | E. JEFFREY GRUBE, CA Bar No. 167324 |
|   | jeffgrube@paulhastings.com |
| 2 | ELIZABETH A. FALCONE, CA Bar No. 219084 |
|   | elizabethfalcone@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | (415) 856-7000 |
|   | (415) 856-7100 (fax) |
| 6 | |
|   | HUNTER R. HUGHES (admitted pro hac vice) |
| 7 | HHughes@rh-law.com |
|   | ASHLEY R. HURST (admitted pro hac vice) |
| 8 | AHurst@rh-law.com |
|   | ROGERS & HARDIN LLP |
| 9 | 2700 International Tower |
|   | Peachtree Center |
| 10 | 229 Peachtree Street, N.E. |
|   | Atlanta, GA  30303 |
| 11 | (404) 522-4700 |
|   | (404) 525-2224 (fax) |
| 12 | |
|   | Attorneys for Defendants |
| 13 | SPRINT/UNITED MANAGEMENT COMPANY and |
|   | SPRINT NEXTEL CORPORATION |

17486-2

[PROPOSED] ORDER RE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)- CASE NO.:  C07-03200 MMC

For the reasons set forth in the Memorandum of Points and Authorities in Support of the Parties' Joint Motion for transfer to the United States District Court, District of Kansas, the Court hereby GRANTS the Joint Motion and ORDERS that the case be transferred to the United States District Court for the District of Kansas. The Court further ORDERS that the case management conference set for March 21, 2008 at 10:30 a.m. be taken off-calendar.

**SO ORDERED.**

Date: March ___, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge

17486-2

1

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)- CASE NO.: C07-03200 MMC