1  DAVID BORGEN, CA Bar No. 099354
   dborgen@gdblegal.com
2  LAURA L. HO, CA Bar No. 173179
   lho@gdblegal.com
3  JINNY KIM, CA Bar No. 208953
   jkim@gdblegal.com
4  GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
   300 Lakeside Drive, Suite 1000
5  Oakland, CA 94612
   (510) 763-9800
6  (510) 835-1417 (fax)

7  GEORGE A. HANSON, (admitted pro hac vice)
   hanson@stuevesiegel.com
8  NORMAN E. SIEGEL (admitted pro hac vice)
   siegel@stuevesiegel.com
9  MATTHEW L. DAMERON, (pro hac forthcoming)
   dameron@stuevesiegel.com
10 STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
11 Kansas City, MO 64112
   (816) 714-7100
12 (816) 714-7101 (fax)

13 Attorneys for Plaintiffs and the Class

14 *Defendants' Counsel Listed on Next Page.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENA LIPNICK AND JENNIFER FONG, individually, and on behalf of a class of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, And SPRINT NEXTEL CORPORATION,<br><br>Defendant. | Case No.: C07-03200 MMC<br><br>CLASS/COLLECTIVE ACTION<br>ORDER GRANTING<br>[PROPOSED] ORDER RE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a) |

1  E. JEFFREY GRUBE, CA Bar No. 167324
   jeffgrube@paulhastings.com
2  ELIZABETH A. FALCONE, CA Bar No. 219084
   elizabethfalcone@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  (415) 856-7000
   (415) 856-7100 (fax)
6
   HUNTER R. HUGHES (admitted pro hac vice)
7  HHughes@rh-law.com
   ASHLEY R. HURST (admitted pro hac vice)
8  AHurst@rh-law.com
   ROGERS & HARDIN LLP
9  2700 International Tower
   Peachtree Center
10 229 Peachtree Street, N.E.
   Atlanta, GA  30303
11 (404) 522-4700
   (404) 525-2224 (fax)
12
   Attorneys for Defendants
13 SPRINT/UNITED MANAGEMENT COMPANY and
   SPRINT NEXTEL CORPORATION
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

17486-2

[PROPOSED] ORDER RE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)- CASE NO.:  C07-03200 MMC

1  For the reasons set forth in the Memorandum of Points and Authorities in Support of the
2  Parties' Joint Motion for transfer to the United States District Court, District of Kansas, the Court
3  hereby GRANTS the Joint Motion and ORDERS that the case be transferred to the United States
4  District Court for the District of Kansas.  The Court further ORDERS that the case management
5  conference set for March 21, 2008 at 10:30 a.m. be taken off-calendar.

**SO ORDERED.**

Date: March 18, 2008

*[signature]*
Hon. Maxine M. Chesney
United States District Court Judge

17486-2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION FOR TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS PURSUANT TO 28 U.S.C. § 1404(a)- CASE NO.: C07-03200 MMC