**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 19, 2008

District Clerk
Ralph L. Deloach
259 Robert J. Dole
United States Courthouse
500 State Avenue
Kansas City, KS 66101-2400


RE: CV 07-03200 MMC  JENA LIPNICK-v-SPRINT/UNITED MANAGEMENT

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures Copies to counsel of record